IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| RICHARD FARMER | : | |
|  | : | CIVIL ACTION |
| Plaintiff, | : | No.: 13-6653 |
|  | : | |
| v. | : | |
|  | : | |
| HYDE YOUR EYES OPTICAL INC. | : | |
| and | : | |
| PILDES OF 76th STREET INC. | : | |
| and | : | |
| JAMAR OPTICAL INC. | : | |
| and | : | |
| DR. DANIEL PILDES, O.D. | : | |
| and | : | |
| JAY PAGIRSKY | : | |
| and | : | |
| DR. DAVID HYDE, O.D. | : | |
|  | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this ____ day of _____, 2014, upon consideration of Plaintiff's Counsels' Motion to Withdraw pursuant to Local Civil Rule 1.4, it is hereby ORDERED that:

(1) The Petition by the law firm of Karpf, Karpf & Cerutti, P.C., Terc Law Office, P.C. and the members of both law firms to be withdrawn as counsel in this matter is hereby GRANTED;

(2) Plaintiff shall have 30 days to find new counsel; and

(3) The Parties shall have 60 days to complete remaining discovery once Plaintiff finds alternative counsel.

_____
The Hon. George B. Daniels, U.S.D.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| RICHARD FARMER | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No.: 13-6653 |
| | : | |
| v. | : | |
| | : | |
| HYDE YOUR EYES OPTICAL INC. | : | |
| and | : | |
| PILDES OF 76th STREET INC. | : | |
| and | : | |
| JAMAR OPTICAL INC. | : | |
| and | : | |
| DR. DANIEL PILDES, O.D. | : | |
| and | : | |
| JAY PAGIRSKY | : | |
| and | : | |
| DR. DAVID HYDE, O.D. | : | |
| | : | |
| Defendants. | : | |

**MOTION OF PLAINTIFF'S COUNSEL TO WITHDRAW**
**PURSUANT TO LOCAL CIVIL RULE 1.4**

Plaintiff's undersigned counsels, Karpf, Karpf & Cerutti, P.C. and Terc Law Office, P.C. (and the members of both law firms) - hereinafter referred to collectively as "Petitioner" - respectfully request that this Court grant Petitioner's Motion to Withdraw for the reasons set forth in Petitioner's Memorandum, attached hereto and incorporated herein by reference. In accordance with to Local Civil Rule 1.4, Petitioner is not asserting a retaining or charging lien.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*/s/ Adam C. Lease*
Adam C. Lease (AL4731)
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
(215) 639-0801 Phone
(215) 639-4970 Fax

Dated: March 31, 2014