UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

RICHARD FARMER,

                Plaintiff,

    -against-

HYDE YOUR EYES OPTICAL INC., et al.,

                Defendants.

------------------------------------x

ORDER

13 Civ. 6653 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The motion by the attorneys of the law firms of Karpf, Karpf & Cerutti, P.C. and Terc Law Office, P.C. to withdraw as counsel for Plaintiff Richard Farmer is GRANTED.

    The parties shall appear before this Court for a status conference at 9:30 a.m. on May 22, 2014. Plaintiff shall appear personally at this conference if he has not obtained substitute counsel by that date to appear on his behalf. If this Court receives no communication from either Plaintiff or Plaintiff's new counsel by May 22, 2014, Defendants may make an application for dismissal of this case.

Dated: New York, New York
       April 8, 2014

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge