```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| RICHARD FARMER | : | |
| | : | CIVIL ACTION No. 13-6653 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| HYDE YOUR EYES OPTICAL INC. | : | |
| d/b/a Pildes Optical | : | |
| and | : | |
| PILDES OF 76TH STREET INC. | : | |
| d/b/a Pildes Optical | : | |
| and | : | |
| JAMAR OPTICAL INC. | : | |
| d/b/a Pildes Optical | : | |
| and | : | |
| DR. DANIEL PILDES, O.D. | : | |
| and | : | |
| JAY PAGIRSKY | : | |
| and | : | |
| DR. DAVID HYDE, O.D. | : | |
| | : | |
| Defendants | : | |

## NOTICE OF WITHDRAWAL

TO: The Clerk of the Court

AND TO: All Parties and Counsel of Record

PLEASE TAKE NOTICE that the undersigned attorney hereby withdraws as attorney of record for Plaintiff, RICHARD FARMER pursuant to Judge Daniels' Order dated April 8, 2014, allowing the attorneys of Karpf, Karpf & Ceruti, PC, and Terc Law Office, P.C. to withdraw as counsel for the Plaintiff.

Dated: April 8, 2014

TERC LAW OFFICE, P.C.

/S/ Miguel A. Terc, Jr. Esq.
Miguel A. Terc, Jr. Esq. (MT0226)
3187 Steinway Street, Suite 2
Astoria, NY 11103
Tel (718) 565-8090
Fax (866) 373-2371

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
RICHARD FARMER,

      Plaintiff,

  -against-

HYDE YOUR EYES OPTICAL INC., et al.,

      Defendants.
------------------------------------------------x



ORDER

13 Civ. 6653 (GBD)

GEORGE B. DANIELS, United States District Judge:

  The motion by the attorneys of the law firms of Karpf, Karpf & Cerutti, P.C. and Terc Law Office, P.C. to withdraw as counsel for Plaintiff Richard Farmer is GRANTED.

  The parties shall appear before this Court for a status conference at 9:30 a.m. on May 22, 2014. Plaintiff shall appear personally at this conference if he has not obtained substitute counsel by that date to appear on his behalf. If this Court receives no communication from either Plaintiff or Plaintiff's new counsel by May 22, 2014, Defendants may make an application for dismissal of this case.

Dated: New York, New York
   April 8, 2014

              SO ORDERED.

              _____
              GEORGE B. DANIELS
              United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2014, I caused the foregoing NOTICE OF WITHDRAWWAL to be:

    Electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the following:

    Attorneys for Defendants:
    Paul Patrick Rooney prooney@egsllp.com

    TERC LAW OFFICE, P.C.

    /S/ Miguel A. Terc, Jr. Esq.
    _____
    Miguel A. Terc, Jr. Esq. (MT0226)
    3187 Steinway Street, Suite 2
    Astoria, NY 11103
    Tel (718) 565-8090
    Fax (866) 373-2371