USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD FARMER,                       :     **ORDER**

               Plaintiffs,             :     13-CV-6653 (GBD) (JLC)

-v-                                      :

HYDE YOUR EYES OPTICAL, INC., et al.,   :

               Defendants.        :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a conference on September 19, 2014 to address: (1) Defendants' letter motion, dated August 26, 2014, to compel Plaintiff to produce certain documents as part of his discovery obligations (Dkt. No. 65); (2) Defendants' letter dated September 12, 2014, seeking costs associated with the motion (Dkt. No. 71); and (3) Defendants' request for extension of discovery. The parties are directed to the transcript of the proceedings for the Court's rulings and the reasons for them, which are memorialized in this Order.

     1.     Defendants' Motion to Compel Production of Documents

Defendants' motion to compel Plaintiff's production of documents with respect to seven categories, identified on the record and further described in Defendant's August 26, 2014 letter, and unopposed by Plaintiff, is hereby granted. Plaintiff is directed to produce these documents no later than **October 3, 2014**.

Defendants' August 26, 2014 letter identified three categories of documents about which the parties have not reached agreement. Defendants' application to compel Plaintiff to produce documents in these categories is hereby denied without prejudice. Defendants may renew their

1

USDC SDNY
DATE SCANNED 9/19/14

application after Plaintiff's deposition has been taken and the parties have met and conferred, should circumstances warrant it.

2. Defendants' Application for Costs

Defendants requested costs associated with the motion to compel in their September 12, 2014 letter and renewed their application at the conference. This application is denied without prejudice.

3. Extension of Discovery

Finally, at the conference, counsel for Defendants requested an extension of discovery to accommodate counsel's trial schedule. The Court grants an extension of the discovery deadline to **November 14, 2014**. No further extensions will be granted absent good cause shown.

The Clerk of the Court is respectfully requested to close the motion at Docket Number 65.

**SO ORDERED.**

Dated: New York, New York
September 19, 2014

JAMES L. COTT
United States Magistrate Judge