UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY J. ESTRELLA, ESQ.
75-20 ASTORIA BOULEVARD, SUITE 170
JACKSON HEIGHTS, NY 11370
(347) 628-2391
Estrella.jeffrey@gmail.com

RICHARD FARMER,

        PLAINTIFF,

DOCKET NO.: 1:13-cv-06653-GBD-JLC

v.

HYDE YOUR EYES OPTICAL, INC., ET AL.,

        DEFENDANTS.

### SUPPLEMENTAL DECLARATION TO MOTION TO WITHDRAW AS COUNSEL PER JUDGE COTT'S ORDER OF NOVEMBER 13, 2014

1. In compliance with Rule 1.4, I, Jeffrey J. Estrella, Esq., do not have a charging lien or any other form of lien from which I am expecting payment from the former client Richard Farmer, Plaintiff in this action.

By: _____
Jeffrey J. Estrella, Esq.
(347) 628-2391
estrella.jeffrey@gmail.com